DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**Ann Andreotti** *obo Michael Schmit*

**Plaintiff,**

vs.                                                                  Civil No. 07-cv-620-JE

**Commissioner of Social Security**

**Defendant.**                                           **ORDER GRANTING AWARD**
                                                                  **OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$20.42**, costs in the amount of **$9.90**, and attorney's fees in the amount of **$3636.38**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 29th day of ____January____, 2008.

                                                                  __/s/ John Jelderks_____
                                                                  John Jelderks, United States Magistrate Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**